IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTOPHER LACCINOLE,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, JOHN M. KANE, & DOES 1-10 INCLUSIVE<br><br>    Defendants. | Civil Action No. 1:21-cv-00045 |

**JOINT MOTION TO VACATE MEMORANDUM AND ORDER [DOC. 31]
AND STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Christopher Laccinole ("Laccinole"), Defendant Navient Solutions, LLC ("NSL"), and Defendant John M. Kane (collectively, the "Parties")—by mutual agreement in resolution of this action and as confirmed by the signatures of Laccinole and Defendants' counsel herein—respectfully move the Court to vacate its March 4, 2022 Memorandum and Order [Doc. 31] on Defendants' Joint Rule 12 Motion to Dismiss Plaintiff's Second Amended Complaint [Doc. 19] *without prejudice*, and for entry of an order dismissing Plaintiff's Second Amended Complaint *with prejudice* by joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREFORE Plaintiff Christopher Laccinole, Defendant Navient Solutions, LLC, and Defendant John M. Kane ask this Court to vacate its March 4, 2022 Memorandum and Order *without prejudice*, dismiss Plaintiff's Second Amended Complaint *with prejudice*, tax all costs to the party incurring the same, and award all further relief to which the Parties may be justly entitled.

1

| | |
|---|---|
| Dated: August 26, 2022 | Submitted and Agreed, |

/s/ Christopher Laccinole (by permission)  
Christopher Laccinole  
23 Othmar St.  
Narragansett, RI 02882  
Phone: 401-783-0762  
E-Mail: chrislaccinole@gmail.com  

**PRO SE PLAINTIFF**

/s/ Joseph T. Galindo  
Joseph T. Galindo (#9822)  
CAMERON & MITTLEMAN LLP  
301 Promenade Street  
Providence, Rhode Island 02908  
Phone: 401-331-5700  
Fax: 401-331-5787  
Email: jgalindo@cm-law.com  

Adam C. Ragan  
*Admitted pro hac vice*  
FOX ROTHSCHILD LLP  
2501 N. Harwood St., Ste. 1800  
Dallas, Texas 75201  
Phone: 214-231-5768  
Fax: 972-404-0516  
Email: aragan@foxrothschild.com  

**COUNSEL FOR DEFENDANT NAVIENT SOLUTIONS, LLC**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that this document has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be mailed to those indicated as non-registered participants on August 26, 2022. In addition, a copy of this document shall be sent to Pro Se Plaintiff Christopher Laccinole via e-mail and first-class mail at the following addresses:

Christopher Laccinole
23 Othmar St.
Narragansett, RI 02882
E-Mail: chrislaccinole@gmail.com
Pro Se Plaintiff

/s/ Joseph T. Galindo
Joseph T. Galindo