IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTOPHER LACCINOLE,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, JOHN M. KANE, & DOES 1-10 INCLUSIVE<br><br>    Defendants. | Civil Action No. 1:21-cv-00045 |

## ORDER

The Court, having considered Plaintiff Christopher Laccinole, Defendant Navient Solutions, LLC, and Defendant John M. Kane's (collectively, the "Parties") Joint Motion to Vacate Memorandum and Order [Doc. 31] and Stipulation of Dismissal with Prejudice ("Motion"), concludes the Motion is well-taken and hereby GRANTED. By agreement and stipulation of the Parties, the Court's March 4, 2022 Memorandum and Order [Doc. 31] on Defendants' Joint Rule 12 Motion to Dismiss Plaintiff's Second Amended Complaint [Doc. 19] is hereby vacated and set aside *without prejudice*. Plaintiff's Second Amended Complaint [Doc. 17], including without limitation all claims, allegations, and defenses reinstated by this Order, is dismissed *with prejudice*.

All costs are taxed to the party incurring the same. All pending matters not expressly decided herein are denied *without prejudice*. This is a final, appealable judgment.

IT IS SO ORDERED.

*/s/ Mary S. McElroy*
Mary S. McElroy
United States District Judge
  August 29  , 2022

1